ORIGINAL

FILED

2007 OCT 19 PM 12:49

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BY FAX

| | |
|---|---|
| GEOFFREY D. LEVINE, Plaintiff, vs. CITI BANK, Defendant. | Case No. '07 CV 2032 WQH CAB |
| | NOTICE OF REMOVAL |
| | **(Pursuant to 28 U.S.C. § 1441(b) -- Federal Question)** |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Citibank (South Dakota), N.A., erroneously sued as "Citi Bank" ("Citibank"), hereby removes the action entitled Levine v. Citi Bank, San Diego County Superior Small Claims Court Case No. 37-2007-00015575-SC-SC-CTL (the "Action"), to the United States District Court for the Southern District of California, on the following grounds:

1. Citibank's Removal Is Timely. Plaintiff Geoffrey D. Levine ("Plaintiff") filed the Claim and ORDER to Go to Small Claims Court (the "Complaint") in the Action on September 21, 2007. A true and correct of the Complaint is attached hereto as Exhibit A.[1] Plaintiff served the Complaint on Citibank in the Action on September 21, 2007. Accordingly, Citibank's removal is timely under 28 U.S.C. § 1446(b) because Citibank filed this Notice of Removal within 30 days of service of the Complaint.

2. This Court Has Removal Jurisdiction Over This Action. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which Citibank may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff alleges violations of the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681, et seq. (the "FCRA") (see Complaint, SC-100, Item 3), claims that are created by, and arise under, federal law. Plaintiff demands damages in the amount of $7,500.00, all or part of which Plaintiff purports to attribute to the FCRA claim. (See Complaint, SC-100, Item 3.) To the extent any other claims in the Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

///

///

[1] Plaintiff also served on Citibank a Subpoena For Personal Appearance And Production Of Documents And Things At Trial Or Hearing And Declaration (the "Subpoena"). A true and correct copy of the Subpoena is attached hereto as Exhibit B.



STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

3. Notice Has Been Effected. A copy of this Notice of Removal is being filed with the Superior Court Small Claims Court for the State of California for the County of San Diego and concurrently served on Plaintiff, who is prosecuting this Action in propria persona.

Dated: October 19, 2007

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: [signature]
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## INDEX OF EXHIBITS TO NOTICE OF REMOVAL



| TITLE | PAGE NO(S). |
|---|---|
| Plaintiff's Claim and ORDER to Go to Small Claims Court | 5 through 9 |
| Plaintiff's Subpoena For Personal Appearance And Production Of Documents And Things At Trial Or Hearing And Declaration | 10 through 12 |

EXHIBIT A

# SC-100 Plaintiff's Claim and ORDER to Go to Small Claims Court

Clerk stamps date here when form is filed.

FILED
2007 SEP 21 PM 2: 37
CLERK ...
SAN DIEGO COUNTY, CA
09/21/2007

Fill in court name and street address:

Superior Court of California, County of
San Diego
8950 Clairemont Mesa Blvd
San Diego, CA 92123

Clerk fills in case number and case name:

Case Number:
37-2007-00015575-SC-SC-CTL

Case Name:
Levine vs. Citi Bank

## Notice to the person being sued:

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

## Aviso al Demandando:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todos las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

## Order to Go to Court

The people in ① and ② must go to court on: *(Clerk fills out section below.)*

**Trial Date**

| | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 11/08/2007 | 01:15:00 PM | KM-2 | |
| 2. | | | | |
| 3. | WRITTEN REQUEST FOR CONTINUANCE MUST INCLUDE A $10.00 FEE AND BE SUBMITTED AT LEAST 10 DAYS BEFORE TRIAL DATE | | | |

Date: 09/21/2007 Clerk, by Aida Cruz, Deputy

## Instructions for the person suing:

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-150, *Information for the Plaintiff (Small Claims)*, to know your rights. Get SC-150 at any courthouse or county law library, or go to: *www.courtinfo.ca.gov/forms*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving", or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Case Number: 37-2007-00015575-SC-SC-CTL

Plaintiff (list names): Geoffrey D Levine

**(1) The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Geoffrey D Levine Phone: 619-261-6343

Street address: 2871 Madison Avenue, San Diego, CA 92116
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

**If more than one Plaintiff, list next Plaintiff here:**

Name: Phone:

Street address:
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitous name. If so, attach Form SC-103*

**(2) The Defendant (the person, business, or public entity being sued) is:**

Name: Citi Bank Phone: 800-967-9800

Street address: P O Box 6013, Sioux Falls, SD 57117
Street City State Zip

Mailing address *(if different)*: P O Box 6013, Sioux Falls, SD 57117
Street City State Zip

**If more than one Defendant, list next Defendant here:**

Name: Phone:

Street address:
Street City State Zip

Mailing address *(if different)*:
Street City State Zip

☐ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, write his or her name here:*

**(3) The Plaintiff claims the Defendant owes $** 7,500.00 . *(Explain below)*:

a. Why does the Defendant owe the Plaintiff money? The defendant owes this money due to multiple violations of the Fair Credit Reporting Act, deliberate misbilling at a userous 32% APR, and punitive damages.

b. When did this happen? *(Date)*: Jan. 2007

If no specific date, give the time period: *Date started*: *Through*:

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)*

I'm hoping the court will find punitive damages equal to the defendant's arrogance.

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.*

Plaintiff *(list names)*: Geoffrey D Levine

Case Number: 37-2007-00015575-SC-SC-CTL

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** [X] Yes [ ] No

*If no, explain why not:*

⑤ **Why are you filing your claim at this courthouse?**

**This courthouse covers the area** *(check the one that applies)*:

a. [X] (1) Where the Defendant lives or does business. (2) Where the Plaintiff's property was damaged. (3) Where the Plaintiff was injured. (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. [ ] Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. [ ] Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. [ ] Other *(specify)*:

⑥ **List the zip code of the place checked in ⑤ above** *(if you know)*: 92116

⑦ **Is your claim about an attorney-client fee dispute?** [ ] Yes [X] No

*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form and check here:* [ ]

⑧ **Are you suing a public entity?** [ ] Yes [X] No

*If yes, you must file a written claim with the entity first.* [ ] *A claim was filed on (date):*

*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**

[ ] Yes [X] No *If yes, the filing fee for this case will be higher.*

⑩ **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State Law, that the information above and on any attachments to this form is true and correct.

Date: 09/21/2007 Geoffrey D Levine

*Plaintiff types or prints name here* — *Plaintiff signs here*

Date:

*Second Plaintiff types or prints name here* — *Second Plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Order. (Civil Code, § 54.8)*

# SC-100 Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may claim up to $7,500. The process is quick and cheap. The rules are simple and informal.

You are the Defendant – the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?

You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?

You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and any evidence that supports your case. And read "Get Ready for Court" at: *www.courtinfo.ca.gov/selfhelp/smallclaims/getready.htm*

### What if I need an accommodation?

If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?

Ask the clerk if the court can give you an interpreter for free. If not, bring someone—like an adult relative or friend—who can interpret for you in court. It is best if your interpreter is not a witness or listed in this case. Or ask the clerk for a list of interpreters.(Interpreters usually charge a fee.)

### Where can I get the court forms I need?

Go to any courthouse or your county law library, or print forms at: *www.courtinfo.ca.gov/forms*

### What happens at the trial?

The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?

If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)

- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courtinfo.ca.gov/selfhelp/smallclaims/appeal.htm*

### Do I have options?

Yes. If you are being sued, you can:

- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107 and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?

You can change the trial date if:

- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-110 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

### ? Need help?

Your county's Small Claims Advisor can help for free.

Hotline: (619) 236-2471
East Division: 250 East Main Street, El Cajon, CA 92020
Central Division: 8950 Clairemont Mesa Blvd, San Diego, CA 92123
North Division: 325 S. Melrose Drive, Vista, CA 92081
South Division: 500 3rd Ave, Chula Vista, CA 91910

Or go to "County-Specific Court Information" at: *www.courtinfo.ca.gov/selfhelp/smallclaims*

# SC-100 Información para el demandado (la persona demandada)

La **"Corte de reclamos menores"** es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $7,500. El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y Lea "Prepárese para la corte" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/prepararse.htm*

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo bien inglés?**
Pregúntele al secretario si la corte le puede dar un intérprete sin costo. Si no, lleve consigo a alguien--ya sea un pariente adulto o amigo- que pueda servirle de intérprete en la corte. O pide del secretario una lista de intérpretes. Es mejor que su intérprete no sea un testigo ni una persona que figure en este caso. (Los intérpretes en general cobran un honorario.)

**¿Dónde puedo obtener los formularios de la corte que necesito?**
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado o imprima los formularios en:
*www.courtinfo.ca.gov/forms*

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores/apelar.htm*

**¿Tengo otras opciones?**
Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107 y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, Reclamo del demandado. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?**
Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (Tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-110 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

? **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

Hotline: (619) 236-2471
East Division: 250 East Main Street, El Cajon, CA 92020
Central Division: 8950 Clairemont Mesa Blvd, San Diego, CA 92123
North Division: 325 S. Melrose Drive, Vista, CA 92081
South Division: 500 3rd Ave, Chula Vista, CA 91910

O vea "Información por condado" en:
*www.courtinfo.ca.gov/selfhelp/espanol/reclamosmenores*

Name and Address of Court:

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

SC-107

[X] KEARNY MESA BRANCH, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187
[ ] EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
[ ] NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6635
[ ] SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
[ ] RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200

SMALL CLAIMS CASE NO.

PLAINTIFF/DEMANDANTE (Name, address, and telephone number of each):
GEOFFREY D. LEVINE 619-261-6343
2571 MADISON AVE.
SAN DIEGO, CA 92116

Telephone No.:

Telephone No.:

DEFENDANT/DEMANDADO (Name, address, and telephone number of each):
CITI BANK 800-967-9800
P.O. BOX 6013
SIOUX FALLS, SD 57117

Telephone No.:

Telephone No.:

[ ] See attached sheet for additional plaintiffs and defendants.

## SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING AND DECLARATION

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (*name, address, and telephone number of witness, if known*):
CITI BANK, CUSTODIAN OF RECORDS

1. YOU ARE ORDERED TO APPEAR AS A WITNESS in this case at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 4b below or you make an agreement with the person named in item 2 below.

| | | | | |
|---|---|---|---|---|
| a. Date: | Time: | [ ] Dept.: | [ ] Div.: | [ ] Room: |
| b. Address: | | | | |

2. IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:
   a. Name of subpoenaing party: b. Telephone number:
3. **Witness Fees:** You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 2.

### PRODUCTION OF DOCUMENTS AND THINGS

*(Complete item 4 only if you want the witness to produce documents and things at the trial or hearing.)*

4. YOU ARE (*item a or b must be checked*):
   a. [ ] Ordered to appear in person and to produce the records described in the declaration on page two. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.
   b. [X] Not required to appear in person if you produce (i) the records described in the declaration on page two and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.
5. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

(SEAL) SUPERIOR COURT ... SAN DIEGO COUNTY

Date issued: 10/3/07

Michael Roddy

Michael Roddy, Executive Officer
CLERK OF THE SUPERIOR COURT

(See reverse for declaration in support of subpoena)

Form Adopted for Mandatory Use
Judicial Council of California
SC-107 [Rev. January 1, 2000]

SMALL CLAIMS SUBPOENA AND DECLARATION

Page one of three

Code of Civil Procedure, § 1985 et seq.

| PLAINTIFF/PETITIONER: LEVINE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITIBANK | 37-2007-00015575-SC-SC-C |

# DECLARATION IN SUPPORT OF SMALL CLAIMS SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENT AND THINGS AT TRIAL OR HEARING

**(Code Civil Procedure sections 1985, 1987.5)**

1. I, the undersigned, declare I am the [X] plaintiff [ ] defendant [ ] judgment creditor [ ] other *(specify)*: in the above entitled action.

2. The witness has possession or control of the following documents or other things and shall produce them at the time and place specified on the *Small Claims Subpoena* on the first page of this form.

   a. [X] For trial or hearing *(specify the exact documents or other things to be produced by the witness)*:

   SEE ATTACHMENT

   [X] Continued on Attachment 2a.

   b. [ ] After trial to enforce a judgment *(specify the exact documents or other things to be produced by the party who is the judgment debtor or other witness possessing records relating to the judgment debtor)*:

   (1) [ ] Payroll receipts, stubs, and other records concerning employment of the party. Receipts, invoices, documents, and other papers or records concerning any and all accounts receivable of the party.

   (2) [ ] Bank account statements, canceled checks, and check registers from any and all bank accounts in which the party has an interest.

   (3) [ ] Savings account passbooks and statements, savings and loan account passbooks and statements, and credit union share account passbooks and statements of the party.

   (4) [ ] Stock certificates, bonds, money market certificates, and any other records, documents, or papers concerning all investments of the party.

   (5) [ ] California registration certificates and ownership certificates for all vehicles registered to the party.

   (6) [ ] Deeds to any and all real property owned or being purchased by the party.

   (7) [ ] Other *(specify)*:

3. Good cause exists for the production of the documents or other things described in paragraph 2 for the following reasons:

   The information requested is pertinent to plaintiff's case.

   [ ] Continued on Attachment 3.

4. These documents are material to the issues involved in this case for the following reasons:

   The information will be evidence to support plaintiff's case.

   [ ] Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 10/3/07

(TYPE OR PRINT NAME) (SIGNATURE OF PARTY)

(See proof of service on page three)

Attachment for Subpoena Duces Tecum for Levine v. Citi Bank case#37-2007-00012575-SC-SC-CTL

Citi Bank is to provide the following information to Geoffrey D. Levine at 2871 Madison Ave. San Diego, CA 92116:

A. All contracts and policies regarding plaintiff's account prior and current to supposed default of account.

B. Documentation of internet and phone attempts to contact customer service to include who plaintiff spoke with and what actions were taken. Basically, a search for accountability as to why plaintiff never got responses to his dispute of account and multiple attempts for information to solve his dispute.

C. Contact information for the customer service rep that plaintiff spoke with in January that took phone payment and assured plaintiff that account was in good standing.

D. A breakdown of how much plaintiff has been over charged since APR went up to 32.4% and what he would owe if there had been no change.

Geoffrey D. Levine

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN DIEGO )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On October 19, 2007, I served the foregoing document(s) described as: **NOTICE OF REMOVAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Geoffrey D. Levine
2871 Madison Avenue
San Diego, California 92110
Telephone: 619-261-6343

☐ (VIA PERSONAL SERVICE) By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ (VIA U.S. MAIL) In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ (VIA FACSIMILE) By causing such document to be delivered to the office of the addressee via facsimile.

☐ (VIA OVERNIGHT DELIVERY) By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 19, 2007, at Los Angeles, California.

Gayle Grace — [Type or Print Name]

*Gayle Grace* (signature) — [Signature]

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

BY FAX

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Geoffrey D. Levine

**DEFENDANTS** 2007 OCT 19 PM 12:48

Citibank (South Dakota), N.A., erroneously sued as "Citi Bank"

'07 CV 2032 WQH CAB

(b) County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Geoffrey D. Levine, in propria persona, 2871 Madison Avenue, San Diego, California 92110, Tel: 619-261-6343

Attorneys (If Known)
Julia B. Strickland
Marcos D. Sasso
Stroock & Stroock & Lavan LLP, 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086, Tel: 310-556-5800

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Federal Fair Credit Reporting Act, 15 U.S.C. Section 1681, et. seq.

Brief description of cause:
Defendant Citibank (South Dakota), N.A. hereby removes the above-titled action to the USDC Southern District.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $7,500.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ________ DOCKET NUMBER ________

DATE 10/19/2007 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 143707 AMOUNT $350 APPLYING IFP ________ JUDGE ________ MAG. JUDGE ________

10/19/07

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 143707 - SR**
*** * C O P Y * ***
**October 19, 2007**
**12:54:01**

**Civ Fil Non-Pris**
USAO #.: 07CV2032 CIV. FIL.
Judge..: WILLIAM Q HAYES
Amount.: $350.00 CK
Check#.: BC#5463

**Total-> $350.00**

FROM: LEVINE V. CITIBANK
CIVIL FILING