ORIGINAL

FILED
2007 OCT 19 PM 12:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

BY FAX

| | |
|---|---|
| GEOFFREY D. LEVINE,<br>Plaintiff,<br>vs.<br>CITI BANK,<br>Defendant. | **Case No.** '07 CV 2032 WQH CAB<br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br>**[LOCAL RULE 40.2]** |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 40.2, defendant Citibank (South Dakota), N.A. lists below its parent corporations and any publicly held company that owns 10% or more of its stock.

1. Citibank (South Dakota), N.A. is a wholly owned subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns 10% or more of the stock of Citigroup Inc.

Dated: October 19, 2007

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
MARCOS D. SASSO
A. R. KACHADOORIAN

By: [signature]
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN DIEGO )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

On October 19, 2007, I served the foregoing document(s) described as: **NOTICE OF PARTY WITH FINANCIAL INTEREST** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Geoffrey D. Levine
2871 Madison Avenue
San Diego, California 92110
Telephone: 619-261-6343

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 19, 2007, at Los Angeles, California.

Gayle Grace — Gayle Grace
[Type or Print Name] — [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086