STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996))
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEOFFREY D. LEVINE,<br><br>Plaintiff,<br><br>vs.<br><br>CITI BANK,<br><br>Defendant. | **Case No. 07 CV 2032 WQH CAB**<br><br>[Assigned to the Honorable William Q. Hayes, Courtroom 4]<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**<u>Hearing:</u>**<br>**Date: December 3, 2007**<br>**Time: 11:00 a.m.**<br>**Ctrm: 4**<br><br>**NO ORAL ARGUMENT REQUIRED**<br>**NO APPEARANCES REQUIRED**<br><br>Action Filed: September 21, 2007<br><br>[Memorandum of Points and Authorities filed and [Proposed] Order lodged concurrently] |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 3, 2007, at 11:00 a.m., or as soon thereafter as the matter may be heard before the Honorable William Q. Hayes in Courtroom 4 of the above-entitled court located at the Edward J. Schwartz United States Courthouse, 940 Front Street, San Diego, California 92101-8900, defendant Citibank (South Dakota), N.A., erroneously sued as "Citi Bank" ("Citibank"), will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing the complaint (the "Complaint") filed by plaintiff Geoffrey D. Levine ("Plaintiff") on the following grounds:

1. The entire Complaint to the extent it purports to assert a claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA"), on the grounds that: (i) Plaintiff does not identify any provision of the FCRA that he claims Citibank violated nor does he allege what conduct supposedly resulted in the violations; (ii) there is no private right of action under the FCRA for the alleged furnishing of inaccurate credit information; and (iii) Plaintiff fails to identify any facts establishing that Citibank somehow failed to comply with its duties under the FCRA to investigate any dispute regarding Plaintiff's account.

2. The entire Complaint to the extent it purports to challenge the interest rate assessed on his credit card account fails pursuant to federal preemption under the National Bank Act, 12 U.S.C. § 21, et seq. (the "NBA"), because the NBA provides the exclusive cause of action for usury claims against a national bank and, thus, completely preempts any state law usury claims.

/ /

/ /

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of the Motion, the pleadings and papers on file herein, all other matters of which the Court may take judicial notice and upon such other or further material as may be presented at or before the hearing of this matter.

Dated: October 25, 2007

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
MARCOS D. SASSO
A. R. KACHADOORIAN

By: ______________________
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A., erroneously sued as CITI BANK.

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN DIEGO )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On October 25, 2007, I served the foregoing document(s) described as: **NOTICE OF MOTION AND MOTION OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO DISMISS PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

Geoffrey D. Levine (Pro Per)
2871 Madison Avenue
San Diego, CA 92116
Tel: (619) 261-6343

☒ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the [court name]'s electronic case filing service, on [date]. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 25, 2007, at Los Angeles, California.

Gayle Grace
[Type or Print Name]

*Gayle Grace*
[Signature]