STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI (State Bar No. 165996))
MARCOS D. SASSO (State Bar No. 228905)
A. R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEOFFREY D. LEVINE,<br><br>Plaintiff,<br><br>vs.<br><br>CITI BANK,<br><br>Defendant. | **Case No. 07 CV 2032 WQH CAB**<br><br>[Assigned to the Honorable William Q. Hayes, Courtroom 4]<br><br>**REPLY IN SUPPORT OF MOTION OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**<u>Hearing:</u>**<br>**Date: December 3, 2007**<br>**Time: 11:00 a.m.**<br>**Ctrm: 4**<br><br>**NO ORAL ARGUMENT REQUIRED**<br>**NO APPEARANCES REQUIRED**<br><br>Action Filed: September 21, 2007<br><br>[Memorandum of Points and Authorities filed and [Proposed] Order lodged concurrently] |

## I. INTRODUCTION

Plaintiff Geoffrey D. Levine ("Plaintiff") did not file an opposition to the Motion of defendant Citibank (South Dakota), N.A., erroneously sued as Citi Bank ("Citibank"), to the Complaint (the "Motion").[1] Hearing on the Motion is scheduled to occur on December 3, 2007 at 11:00 a.m. in Department 4 of the above-entitled Court.[2] To date, no opposition to the Motion has been filed or received. Accordingly, Citibank respectfully requests that the Court enter an Order dismissing Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure in its entirety with prejudice and without leave to amend.

## II. CITIBANK'S MOTION SHOULD BE GRANTED AND THIS ACTION DISMISSED.

On October 25, 2007, Citibank filed the Motion and caused to be served by mail (on Plaintiff as reflected in the proof of services attached to Citibank's moving papers) a copy of: (1) the Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of the Motion; and (3) the Proposed Order Granting the Motion. The hearing on the Motion is scheduled for December 3, 2007 and that date is conspicuously identified on the face of the Motion and related papers. Pursuant to Civil Local Rule 7.1.e.2, parties opposing a motion must file and serve their opposition fourteen calendar days before the noticed hearing date. If service occurs by mail, the opposition must be served seventeen calendar days before the noticed hearing date. Civil Local Rule 7.1.e.4. Plaintiff was therefore required to file his opposition to the Motion no later than November 19, 2007. Plaintiff was also required to serve a copy of his opposition on Citibank no later than November 16, 2007 (if service was to occur by mail) or November 19, 2007 (if service was to occur personally or through the Court's electronic case filing system). To date, Citibank has not received opposition papers from Plaintiff. The online docket contained in the Court's electronic case management/electronic case filing system does not indicate that Plaintiff has filed

---

[1] All terms are used herein as defined in the Motion, unless otherwise noted.

[2] The Court has indicated in scheduling the hearing date that the Motion will not be argued orally and that the parties are not to appear on the scheduled time and date.

an opposition. Counsel for Citibank also has contacted the Court and has been advised by the clerk that Plaintiff has not filed a response to the Motion.

## III. CONCLUSION

Accordingly, Citibank respectfully requests that the Court deem the Motion unopposed and dismiss Plaintiff's Complaint in its entirety with prejudice and without leave to amend.

Dated: November 26, 2007

STROOCK & STROOCK & LAVAN LLP
LISA M. SIMONETTI
MARCOS D. SASSO
ALEXANDRIA R. KACHADOORIAN

By: [signature]
Marcos D. Sasso

Attorneys for Defendant
CITIBANK (SOUTH DAKOTA), N.A.,
erroneously sued as CITI BANK.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN DIEGO )

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Los Angeles, CA 90067-3086.

On November 26, 2007, I served the foregoing document(s) described as: **REPLY IN SUPPORT OF MOTION OF DEFENDANT CITIBANK (SOUTH DAKOTA), N.A. TO DISMISS PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

Geoffrey D. Levine (Pro Per)
2871 Madison Avenue
San Diego, CA 92116
Tel: (619) 261-6343

☐ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth above.

☐ **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the [court name]'s electronic case filing service, on [date]. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☒ **(VIA OVERNIGHT DELIVERY)** By causing the document(s), in a sealed envelope, to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express, or by a similar overnight delivery service.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2007, at Los Angeles, California.

Lori Reed
[Type or Print Name]

[Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086



LA 51011979