Geoffrey D. Levine,
Plaintiff

NUNC PRO TUNC
DEC 03 2007

FILED
DEC 04 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Vs.

Citibank
Defendant

Case# 07 CV 2032 WQH CAB
[Assigned to the honorable William Q. Hayes, Courtroom 4]

1. Plaintiff's response(and request to return) to change of jurisdiction from small claims to federal court.
2. Plaintiff's motion to not have case dismissed.

I. INTRODUCTION

I Geoffrey D. Levine, plaintiff, would like to apologize for not being a lawyer(and doing things in a more proper way) and for even wasting the courts time with this small case. I'm just a former infantry marine(desert storm) that is standing up against the big bully. Unfortunately, Citibank is trying to bully me and play legal games by changing courts and filing motions for dismissal. When I say "bully", I mean it in the most obvious of ways. I've tried to take care of this matter with their customer service several times and was blown off. I requested arbitration and was blown off. I finally file in small claims just to get things settled and they play games with jurisdiction and dismissing. Citibank is wasting your time and my money and it's a travesty that they can get away with the most obvious of frivolous defenses. Citibank thrives on being deceptive and unfair and I hope that you will give me a chance to have my day in court to prove it.

II. CITIBANK'S MOTION SHOULD BE DENIED AND THIS ACTION SHOULD BE SENT BACK TO SMALL CLAIMS BECAUSE OF PROPER JURISDICTION.

Citibank never properly served me, Geoffrey D. Levine, the papers it has filed with the court. I didn't get them in a timely manner and wasn't able to respond to them that way either. I was told by the small claims advisor that I could show up in person at the hearing on 12/3/07 at 11am in courtroom 4 and respond to everything there. I showed up to find out I was given ill advice and the clerk in courtroom 4 told me to file with the clerk's office in the south building by the end of the day. This is the result.

I filed against Citibank for the Rosenthal Act of California and unfair/unethical business practices. The Rosenthal Act, civil code 1788-1788.3, includes enforcing against unfair or deceptive collection practices that can undermine the public confidence which is essential to the continued functioning of the banking and credit system extensions of credit to consumers. 1788 2(b) prohibits companies from engaging in unfair or deceptive acts or practices in the collection of consumer debts.

III. CONCLUSION

Accordingly, I, Geoffrey D. Levine, respectfully request that the Court deem the Motion of Citibank fully opposed and return the case to small claims court where I can have my day in court.

12/3/07

[signature]

GEOFFREY D. LEVINE
PLAINTIFF